# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :  CRIM. NO. ELH-17-0322 |
| v. | : |
| | : |
| COREY DESHAWN GRIFFIN, JR. | : |
| | : |
| Defendant. | : |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the superseding indictment and second superseding indictment filed against Corey Deshawn Griffin, Jr. in the above-captioned case.

                                                    Erek L. Barron
                                                    United States Attorney


                                                    By: _____
                                                    Michael C. Hanlon
                                                    Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.


_____          _____
Date                    Hon. Ellen L. Hollander
                            United States District Judge

------------------------------------------------------------------

**Advice to U.S. Marshal**        1.   Defendant is not in federal custody in connection with this matter.